## THE STATE v. BAKER.

Intoxicating Liquors : NUISANCE : NO ARGUMENT : AFFIRMED.

*Appeal from Wapello District Court.*

FILED, MAY 22, 1888.

DEFENDANT was indicted for the crime of nuisance, committed by owning and keeping, and by being concerned, engaged and employed in owning and keeping, intoxicating liquors with intent to sell the same within the state contrary to law. He entered a plea of guilty and was adjudged to pay a fine of three hundred dollars, an attorney fee of twenty-five dollars, and the costs of prosecution, and was adjudged, in case of default in the payment of the fine and costs, to be imprisoned at hard labor in the jail of Wapello county, for the term of one hundred and two days. The abatement of the nuisance, destruction of liquors and sale of the movable property used in carrying on the unlawful business were also ordered. Defendant appeals.

ROBINSON, J.—This cause was submitted in this court on a transcript of the record, and without argument for either party. We have examined the record but discover no material error.

AFFIRMED.